# EXHIBIT 2

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is made by and between Desiree Booze ("Booze") and Pathik Rami ("Rami"), hereinafter collectively referred to as the "Parties.

WHEREAS, in June of 2009, Booze entered into an alleged Rent-to-Own auto transaction with 3551 Keswick Road, LLC, a company owned and operated by Rami and subsequently allegedly suffered damages as a result of conduct for which Rami allegedly bears personal responsibility, as alleged in the lawsuit of *Booze v. 3551 Keswick Road, LLC, et al.,* Case No.: 24-C-11-002298 in the Circuit Court for Baltimore City ("Circuit Court action"),

WHEREAS, Rami denies any wrongdoing or responsibility to Booze;

WHEREAS, Booze obtained a judgment against 3551 Keswick Road, LLC, Robert Morton and PR Capital, LLC in the Circuit Court action,

WHEREAS, in November, 2012, Rami filed for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the District of Maryland, Case No.: 12-30002,

WHEREAS, Booze filed a motion in the Bankruptcy Court to lift the automatic stay in order to reduce her claims against Rami to judgment in the Circuit Court action, which Motion was granted,

WHEREAS, Booze also filed an Adversary Proceeding against Rami seeking to establish that any judgment entered in her favor in the Circuit Court action was non-dischargeable under U.S. Code 11 U.S.C. sec. 523 (a)(2), (4), and (6),

WHEREAS, the Parties have determined and resolved to settle all controversies

between them on the terms set forth in this Agreement, NOW THEREFORE, the

Parties agree as follows:

1.    Pathik Rami shall pay Booze the sum of $27,000 at the rate of $1,000 per month until paid in full, with payments due on the first of each month beginning July 1, 2013.  The initial payment shall be escrowed in the IOLTA account of Jeffrey P. Nesson, Esq. within five (5) days from the date this Agreement is signed by both parties.  A Motion for Entry of Consent Order, and the Consent Order, both of which shall be signed by the parties, are attached hereto as **EXHIBITS A** and **B,** and shall be filed by Booze in the Circuit Court action.

2.    Pathik Rami, acting in his capacity as owner and principal of PR Capital, LLC, shall furnish Booze with an assignment of the first-priority lien Deed of Trust presently held by John Goertler and dated January 11, 2008 for the property located at 2227 Christian Street, Baltimore, Maryland 21223 ("the Property This assignment, which shall designate Booze as Assignee and which has been recorded in the Land Records of Baltimore,, shall entitle Booze to first priority over all other liens on the Property.  A copy of the assignment is attached as **EXHIBIT C.** Rami represents that he is unaware of any liens on the property having a higher priority than the one attached as Exhibit C and agrees to indemnify Booze in the event there are any liens on the Property with a higher priority.

3.    Pathik Rami shall insure the named property against loss from fire, water and other damage by way of a standard insurance policy for the full appraised value of the property for a 32 month period beginning June 1, 2013.  A copy of the policy and proof of purchase is attached as **EXHIBIT D.**

4.    Rami shall promptly cause all outstanding water and property tax bills for the Property to be paid and shall hereafter cause water and tax bills for the Property to be paid on a timely basis so long as Booze has a lien on the Property.  Proof that the water and property tax bills have been brought up-to-date are attached as Exhibits E and F, respectively.  If Rami hereafter fails to pay water or tax bills on a timely basis, Booze shall be entitled to foreclose on the Property.

5.    So long as Rami does not default on the terms of this Agreement and the Consent Order, the Plaintiff shall not be entitled to exercise her right to foreclose.  Booze shall execute all documents reasonably necessary to reassign the lien upon the named Property to Baltimore Property Rentals LLC, or other entity as chosen by Rami, upon Rami's satisfaction of the terms of this Agreement.

6.    All payments are due on the first of each month.  If Rami has not made a payment by the fifth of each month, he shall be in default and a 5% late fee shall be added.  In the event that any

payment to be made by Rami as set forth herein is not received by Booze as provided herein, then Booze may serve a written notice of such default to Rami, requiring cure of said default within a ten (10) day period after the mailing of the above written notice. Cure shall consist of payment of the missed payment and any late fees accrued on such missed payment under the terms of this Agreement and the Bankruptcy Court's Order. Only two (2) such cure opportunities are allowed by this Agreement. Any subsequent missed payment or other default shall be deemed incurable and entitle Booze to foreclose on the Property without notice to Rami. Any notice of default shall be mailed by first class mail, postage prepaid, and addressed to Pathik Rami at 32 Harrod Court, Reisterstown, Md. 21136 and the Debtor's attorney, Jeffrey P. Nesson at his office address.

7.    In the event of a third default, Desiree Booze shall be entitled to exercise all rights under the lien described in Paragraph 2 above to foreclose on the Property even if Rami has cured the first two defaults and Booze shall be entitled to reasonable attorney's fees and costs plus $35,000 less credit for any monies previously paid to Desiree Booze pursuant to this Agreement.

8.    Rami acknowledges that his conduct leading to entry of the Consent Order in the Circuit Court renders his obligations to Booze non-dischargeable in bankruptcy within the meaning of 11 U.S.C. §§523(a)(2), (4) and (6). Further, Rami consents to entry of an Order by the Bankruptcy Court determining that his obligations and debt to Booze under this Agreement and the Consent Order filed in the Circuit Court shall be determined as non-dischargeable in bankruptcy within the meaning of 11 U.S.C. sec. 523 (a)(2), (4) and (6), by Rami now and at any time in the future or in any subsequent bankruptcies Rami may file. A copy of the proposed Order to be submitted to the Bankruptcy Court after Booze files a Complaint to Determine Dischargeability of Creditor's Claims Against Debtor/Defendant is attached as **EXHIBIT G**.

9.    Each party shall be responsible for their own costs incurred in negotiating this Agreement; each party has had the benefit of counsel of their own choosing and enters into this Agreement freely having been advised of all risks and benefits of this Agreement. In the event of a breach of this Agreement by either party which results in litigation to enforce the terms of this Agreement, the prevailing party in any such subsequent litigation shall be entitled to recover his or her attorney's fees incurred in that litigation.

10.    This Agreement shall bind and inure to the benefit of the Parties hereto and their respective heirs, personal representatives, successors and assigns.

11.    This Agreement has been drafted jointly by counsel for the Parties. It is understood and agreed by all Parties that this Agreement shall be construed without regard to any presumption or other rule regarding construction against any Party causing this Agreement to be drafted.

12.    A copy of this Agreement may be filed in the Circuit Court action.

13.    Not later than ten days after completion of all payments and obligations under this Settlement Agreement and the Bankruptcy Court's Order making the debt non-dischargeable in bankruptcy, Booze shall file a Notice of Satisfaction as to both Pathik Rami and Robert Morton in the Circuit Court action and both Rami and Robert Morton shall be released, acquitted and forever discharged from any liabilities to Booze for the matters set forth in the Circuit Court action.

_____
Desiree Booze

_____
Pathik Rami

9/5/13
_____
Date

8/26/13
_____
Date

# EXHIBIT A & B

| | | |
|---|---|---|
| DESIREE BOOZE | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| | * | FOR |
| V. | * | BALTIMORE CITY |
| 3551 KESWICK ROAD, LLC, ET AL. | * | CASE NO.: 24-C-11-002298 |

## MOTION FOR ENTRY OF CONSENT ORDER

Plaintiff Desiree Booze and Defendant Pathik Rami join together in presenting this Motion for Entry of Consent Order and in support thereof state the following:

1. This civil case for damages was filed by the Plaintiff, Desiree Booze against a number of defendants including Pathik Rami ("Rami"). Shortly before the trial of this matter, Rami filed a Chapter 7 bankruptcy proceeding in the United States Bankruptcy Court for the District of Maryland, case number 12-30002. The resulting automatic bankruptcy stay prevented this matter from proceeding to trial against Rami. However, the civil case went forward as to all other non-settling defendants and judgment was entered against all other non-settling defendants on November 13, 2012.

2. The Plaintiff filed a Motion to Lift the Stay in Rami's bankruptcy case requesting that the Bankruptcy Court lift the stay and allow Plaintiff Booze's civil case in the Circuit Court to proceed to judgment as to Rami. The Plaintiff's Motion was granted (**EXHIBIT 1**). On June 24, 2013, this Court signed an order to set this matter in for an inquisition on damages.

3.   The parties now have agreed to a resolution of all issues remaining both in this

civil case and in the U.S. Bankruptcy Court, thus eliminating the need for the inquisition

on damages with respect to Rami.  Plaintiff Booze and Defendant Rami therefore

respectfully move this Court to approve and sign the proposed Consent

Order attached as **EXHIBIT 2.**

Mark H. Steinbach, Esq
Of Counsel
O'Toole Rothwell
1350 Connecticut Ave. NW
Ste. 200
Washington, DC 20036
202-775-1550

Pathik Rami
32 Harrod Court
Baltimore, MD 21136

Donna Bernstein, Esq.
Legal Aid Bureau
500 E. Lexington St.
Baltimore, MD 21202
410-951-7787

DESIREE BOOZE                           *        IN THE

        Plaintiff                        *        CIRCUIT COURT

                                         *        FOR

        V.                               *        BALTIMORE CITY

3551 KESWICK ROAD, LLC, ET AL.           *        CASE NO.: 24-C-11-002298

                                         *


## CONSENT ORDER

Plaintiff Desiree Booze and Defendant Pathik Rami present to the Court this Consent

Order as the embodiment of the terms of a settlement they have reached in this matter.

After considering the Consent Order and determining it to be reasonable and of proper

form, the Court orders the Clerk to enter it upon the docket in this case.

1. Plaintiff Booze and Defendant Rami have agreed to a liquidated settlement amount of $27,000 to be paid by Rami under the payment schedule set forth in a Settlement Agreement, a copy of which is attached as **EXHIBIT A** and whose terms are incorporated by reference.

2. Booze and Rami shall take all actions as specified in the Settlement Agreement.

3. Upon Rami's completion of all payments and other acts due under the Settlement Agreement, Plaintiff Booze within 10 days of completion shall file a Notice of Satisfaction and the Clerk shall dismiss this action with prejudice as to Defendants Rami and Robert Morton.

4. In the event that Rami fails to comply with the terms of the Settlement Agreement and this Consent Order, Booze shall retain her judgment against Robert Morton and Booze shall have judgment against Rami by consent for the sum of $35,000 less credit for all payments made under the Settlement Agreement, plus reasonable attorney's fees and costs incurred by Plaintiff in connection with any breach by Rami of the Settlement Agreement.

5. Rami hereby personally guarantees and warrants the payment of the settlement set forth herein and hereby consents to the confession of judgment against him under the conditions and in the amounts provided for herein.

6. This Court retains jurisdiction to enforce the terms of the Settlement Agreement.


Entered:_____

_____
Circuit Court for Baltimore City Judge


AGREED:

_____
Desiree Booze

_____
Pathik Rami

# EXHIBIT C

LIBER III 5 4 5 1 PAGE 3 7 7

## ASSIGNMENT OF DEED OF TRUST

THIS ASSIGNMENT OF DEED OF TRUST made this 11th day of March, 2013

by John Goertler                                                                                    Assignors

862755 Northampton Club Way
to Fernandina Beach, FL 32034                                                    Assignee.

To: Desiree Booze, 2901 Poplar Terrace, Baltimore, MD 21206

WHEREAS, the Assignors are the record holders of a Deed of Trust dated **January 11, 2008**

from PR Capital, LLC, Borrower

to Dominion Financial Services, LLC, Lender

and recorded among the Land Records of **Baltimore, Maryland** on the 25th day of February, 2008 in Liber 10452, at Folio 535, and,

_696_

WHEREAS, the secured property is known as: 2227 Christian St. Baltimore, MD 21223

See Attached Exhibit A

WHEREAS, the Assignors are desirous of assigning all their right, title and interest in and to the above referenced Deed of Trust to the aforesaid mentioned Assignee.

NOW, THEREFORE WITNESSETH that for and in consideration of the sum of **TWENTY SIX THOUSAND DOLLARS ($26,000.00)** in hand paid, and other good and valuable consideration, receipt and sufficiency of which is hereby acknowledged, the assignors do hereby assign unto the aforesaid Assignee, all of their right, title and interest in and to the Deed of Trust in Liber 10452 at Folio 535 of the aforesaid Land Records.

IN WITNESS WHEREOF, the Assignors have hereunto set their hands and seals the day and year first written above.

ATTEST:                                    _John Goertler_ (signature)

John Goertler

BENNET C. OKORO
Notary Public
Baltimore Co., MD
My Comm. Exps. April 6, 2014

NOTARY PUBLIC
SEAL
STATE [...] MARYLAND

STATE OF MARYLAND
CITY OF BALTIMORE

3/13/2013

On this _13th_ day of March, 2013 before me, the undersigned officer, personally appeared John Goertler, who executed the foregoing instrument for the purposes therein contained.

In witnesseth whereof I hereunto set my Notary Public official seal.

Return to: Pathik Rami
32 Harrod Ct
Reisterstown, MD 21136

BALTIMORE CITY CIRCUIT COURT (Land Records) FMC 15451, p. 0377, MSA_CE164_24605. Date available 07/26/2013. Printed 08/07/2013.

LIBER 15451 PAGE 378

BALTIMORE CITY CIRCUIT COURT (Land Records) FMC 15451, p. 0378, MSA_CE164_24605. Date available 07/26/2013. Printed 08/07/2013.

RECEIVED FOR RECORD
CIRCUIT COURT FOR
BALTIMORE CITY

2013 JUL 23  A 10: 21

000087

```
IMP FD SURE $          40.00
RECORDING FEE          20.00
TOTAL                  60.00
Res# BC07     Rcpt # 78031
FMC    MG     Blk # 2242
Jul 23, 2013          10:22 am
```

LIBER 10452 PAGE560

## EXHIBIT A

BEGINNING FOR THE SAME on the southeast side of Christian Street at the distance of one hundred twelve feet and three-quarters inches (112' 9 ¾") northeasterly from the corner formed by the intersection of the northeast side of Bentalou Street and the southeast side of Christian Street, which place of beginning is designed to be at the center of the partition wall there being; and running thence northeasterly binding on the southeast side of Christian Street twelve feet to the center of the partition wall there being; thence southeasterly through the center of said last mentioned partition wall to the end thereof, and continuing the same course in all, seventy-five feet (75') to the northwest side of an alley ten feet (10') wide there being; thence southwesterly binding on the northwest side of said alley, with the use thereof in common, twelve feet (12') to intersect a line drawn southeasterly from the place of beginning through the center of the partition wall in this description first above mentioned; and thence reversing the line so drawn and binding thereon seventy-five feet (75') to the place of beginning.

The improvements thereon being known as 2227 Christian Street.

696

BALTIMORE CITY CIRCUIT COURT (Land Records) [MSA CE 164-19605] FMC 10452, p. 0560. Printed 09/03/2013. Image available as of 03/03/2008.

26

Circuit Court for
BALTIMORE CITY
Clerk of the Court.
FRANK M. CONAWAY, CLERK
LAND RECORDS
108 N. CALVERT ST., ROOM 610
BALTIMORE CITY, MD  21202-
(410) 333-3760

Transaction Block:          2242
ASSIGNMENT                   AMOUNT
  IMP RD SURE $20            40.00
  RECORDING FEE 20           20.00

SUBTOTAL:                    60.00

TOTAL CHARGES:               60.00

PAYMENTS.
  CHECK                      60.00

TOTAL TENDERED:              60.00

# EXHIBIT D

# ACORD®

# EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY)
07/22/2013

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDTIONAL INEREST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| AGENCY | PHONE (A/C, No, Ext): 443-255-0697 | COMPANY |
|---|---|---|
| East Insurance Group, LLC | | Burlington Insurance Company |
| 2833 Smith Ave #142 | | |
| Baltimore, MD 21209 | | |

| FAX (A/C, No): 410-668-1798 | E-MAIL ADDRESS: |
|---|---|

| CODE: | SUB CODE: |
|---|---|

| AGENCY CUSTOMER ID #: | | |
|---|---|---|

| INSURED | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| PR Capital, LLC | | HMP0000082 |
| 32 Harrod Ct | EFFECTIVE DATE 06/03/2012 | EXPIRATION DATE 06/03/2013 | CONTINUED UNTIL TERMINATED IF CHECKED ☐ |
| Reisterstown, MD 21136 | THIS REPLACES PRIOR EVIDENCE DATED: | |

## PROPERTY INFORMATION

LOCATION/DESCRIPTION

2227 Christian St, Baltimore, MD 21223

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Property Insurance Coverage | $80,000 | $5,000 |
| Liability Insurance | $1,000,000 | |

## REMARKS (Including Special Conditions)

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _____ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | ☒ MORTGAGEE | ☐ ADDITIONAL INSURED |
|---|---|---|
| Desiree Booze | ☐ LOSS PAYEE | |
| 2901 Poplar Terrace | LOAN # | |
| Baltimore, MD 21206 | AUTHORIZED REPRESENTATIVE | |

© ACORD CORPORATION 1993-2006. All rights reserved.

ACORD 27 (2006/07)

The ACORD name and logo are registered marks of ACORD

Clear All

# EXHIBIT E & F

9/2/13                                                Real Property



# Baltimore City
## Department of Finance
Stephanie Rawlings-Blake, Mayor
Harry E. Black, Director



...h Again    City of **BALTIMORE** Maryland

BUREAUS AND OFFICES | PUBLIC INFORMATION | ABOUT US | CONTACT US

Environmental Control
Hotel/Motel Tax
Lien Certification
Metered Water
Miscellaneous Billing
Parking Taxes
Parking, Red Light, and Speed Camera citations
Permits, Licensing or Registration
Personal Property
Real Property
Special Benefit District Surcharge

More Online Payments Options

FREQUENTLY ASKED QUESTIONS

Tax Sale FAQ
Parking Fines FAQ
Liens FAQ
Common Vendor Errors
Transfer Tax FAQ
Recordation Tax
Real Property FAQ
Skip to Content FAQ

RESOURCES

Applications Permits and Registration
Vendor Registration
Check Your Parking Citations
Request Trial Date For Parking Citation

MAYOR AND CITY COUNCIL OF BALTIMORE
REAL PROPERTY TAX LEVY
JULY 1, 2013 TO JUNE 30, 2014

PR CAPITAL, LLC
32 HARROD COURT
REISTERSTOWN, MD 21136-2426

**Assessed Property:**
2227 CHRISTIAN ST

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 3,000 | $.1120 | 3.36 |
| CITY TAX | 3,000 | $2.2480 | 67.44 |
| TOTAL TAX | | | 70.80 |
| PAID 08/14/13 | | | -200.00 |
| 0.00 | | | |

**Amount Due:    0.00**

The amount due above is the full annual amount due including the applicable discount. If you are eligible to pay semi-annually and wish to do so, please refer to the Semi-Annual Payment Schedule above and remit that amount at this time.

Pay Online with Credit Card or Checking Account

M & T bank, in partnership with Online Resources, is now able to facilitate making real property tax payments via a direct debit to your personal/business checking account or credit card. Please note that personal/business savings  ount  Back to Top  pted.

**Important Note:**
Disclaimer: Baltimore City government provides online access to the public information maintained in its records.

Real Property data is updated online daily (Monday through Friday, except for holidays). Recent payments may not be reflected. While we have confidence in the accuracy of these records, Baltimore City makes no warranties, expressed or implied, regarding the information.

BUREAU OF REVENUE COLLECTIONS
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING          410-396-3987
IVR   REFERENCE  1306960010700
STATE DEPARTMENT OF ASSESSMENTS  410-767-8250
STATE HOMEOWNER  CREDIT  410-767-4433

PROPERTY IDENTIFIER
WD SECTION BLOCK LOT
20    090   0696  107
LOT DIMENSIONS
12X75
NOT A PRINCIPAL RESIDENCE
CONSTANT YIELD $ 2.275 DIFFERENCE $ .027-

SEMIANNUAL PAYMENT SCHEDULE
1ST INSTALLMENT
IF PAID BY     DISCANT & PEN     PAY THIS AMOUNT
2ND INSTALLMENT
IF PAID BY     SER CHG&1/2     PAY THIS AMOUNT
SERVICE FEE FOR SEMIANNUAL IS:     Fee:

ANNUAL PAYMENT SCHEDULE
IF PAID BY     DISCANT & PEN     PAY THIS AMOUNT

City of Baltimore, Maryland



## Search for a Water Bill

Service Alert: From Saturday, September 7 11:00 P.M. ET – 7:00 A.M. ET on Sunday, September 8, we will be performing planned maintenance. All BaltimoreCity.gov online payment systems will be unavailable during this period. We regret the inconvenience.

Search Again

### Water Bill Detail

### Account Identification

Account Number: 02219842008

Service Address: 2227 CHRISTIAN ST

### Current Billing Information

Current Read Date: 6/18/2013

Current Bill Date: 6/27/2013

Penalty Date: 7/31/2013

Current Bill Amount: $89.96

Previous Balance: $.00

**Current Balance: $.00**

### Previous Billing Information

Previous Read Date: 3/26/2013

### Payment History

Last Pay Date: 8/16/2013

Last Pay Amount: $615.45

Some of the information is preliminary. It is subject to review and may be revised by the Revenue Measurement and Billing Division.

Pay Online with Credit Card or Checking Account

M & T bank in partnership with Online Resources is now able to facilitate making metered water payments via a direct debit to your personal/business checking account or credit card. Please note that personal/business savings accounts will not be accepted.

ONLINE PAYMENTS
- City Dynamics
- Environmental Control
- Hotel/Motel Tax
- Lien Certification
- Metered Water
- Miscellaneous Billing
- Parking Taxes
- Parking, Red Light, and Speed Camera citations
- Permits, Licensing or Registration
- Personal Property
- Real Property
- Special Benefit District Surcharge

More Online Payments Options

FREQUENTLY ASKED QUESTIONS
- Tax Sale FAQ
- Parking Fines FAQ
- Liens FAQ
- Common Vendor Errors
- Transfer Tax FAQ
- Recordation Tax
- Real Property FAQ
- Water Turn Off FAQ

RESOURCES
- Applications Permits and Registration
- Vendor Registration
- Check Your Parking Citations

Skip to Content

Back to Top

http://cityservices.baltimorecity.gov/water/

9/4/2013

# EXHIBIT G

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Pathik Rami | * | Case No: 12-30002 |
| | | Chapter 7 |
| Debtor | * | |

| | | |
|---|---|---|
| Desiree Booze | * | |
| Plaintiff | * | Adversary Proc. No. _____ |
| v. | * | |
| Pathik Rami | * | |
| Defendant | * | |

### ORDER GRANTING RELIEF ON COMPLAINT TO DETERMINE PLAINTIFF/CONSUMER CREDITOR'S CLAIMS AGAINST DEBTOR AS NON-DISCHARGEABLE

UPON consideration of the Complaint to Determine Dischargeability of

Plaintiff Booze's claims against the Debtor/Defendant in the Baltimore City

Circuit Court case of Desiree Booze v. 3551 Keswick Road, et al., ("the civil case"),

this Court's April 15, 2013 Order lifting the automatic stay to permit completion of the

civil case (Doc 52), the parties' desire to settle this matter without the need for an inquisition on damages in the civil case or further proceedings in this Court, and the Settlement Agreement signed and submitted by the parties, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that pursuant to the Settlement Agreement ("Agreement") submitted by the parties, all payments due and other obligations undertaken by Debtor Rami under that Agreement shall be determined as **NON-DISCHARGEABLE** in bankruptcy pursuant to 11 U.S.C. sec. 523(a) (2), (4) and (6) now and any time in the future or in any subsequent Bankruptcy proceedings Rami may file, and it is further

ORDERED that the Debtor/Defendant shall carry out his obligations under the Agreement submitted by the parties, and it is further

ORDERED that the Agreement shall be and is hereby made a part of and its terms incorporated within this Order, and it is further

ORDERED that this Court shall retain jurisdiction over the person and entities who are a party to this matter and the Agreement, in order to enforce this Agreement and Order, and it is further

ORDERED that within ten days of the date Rami completes all payments due under the Agreement, Plaintiff Booze shall file a Notice of Satisfaction with this Court dismissing, with prejudice, her claims in this Court against Rami.

END OF ORDER

Cc: Counsels
  Debtor
  Trustee
  U.S. Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2013, a copy of the foregoing

Motion for Entry of Consent Order, proposed Consent Order and all Exhibits was mailed

Postage prepaid, first class mail to Pathik Rami, Debtor/Defendant, 32 Harrod Court,

Reisterstown
~~Baltimore~~, MD 21136 and to Jeffrey P. Nesson, Esq. attorney for Debtor Rami, 11421

Reisterstown Road, Owings Mills, MD 21117.

Donna Bernstein, Esq.